IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MILTON PAUL SMITH, III                                                                                           PLAINTIFF

v.                                              Case No. 6:14-CV-06117

ARMTEC COUNTERMEASURES COMPANY,
d/b/a Esterline Defense Technologies                                                                         DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered in this case on November 10, 2016, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 14th day of November, 2016.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE